# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**JAMES E. SIGLEY,**

    **Petitioner,**

**v.**                                                         **Civil Action No. 3:07cv76**
                                                                       **(Judge Bailey)**

**THOMAS MCBRIDE,**

    **Respondent.**

## ORDER GRANTING IN FORMA PAUPERIS BUT DIRECTING PETITIONER TO PAY THE $5.00 FILING FEE

On June 19, 2007, the *pro se* petitioner initiated this case by filing an Application for Habeas Corpus Pursuant to 28 U.S.C. § 2254. This case is before the undersigned on the petitioner's Motion to Proceed In Forma Pauperis and Prisoner Trust Account Report.

All litigants are required to pay the costs and fees associated with civil lawsuits unless their financial condition warrants a grant of *in forma pauperis* status pursuant to 28 U.S.C. § 1915. Therefore, if a petitioner submits a certified copy of his trust fund statement for the six-month period immediately preceding the filing of the action, then the Court may consider his request. Here, the petitioner asserts in his motion that he is employed by the institution at which he is incarcerated, but that he receives no additional money and that he has no assets or other means of support.

However, the ledger sheets for the petitioner's prisoner account show that in addition to his prison pay, the petitioner receives regular deposits from outside sources. Moreover, in the six months preceding the filing of this action, the petitioner's prisoner account received average monthly deposits of $129.16. Nonetheless, at the time this case was filed, the petitioner's prisoner account had a balance of only $0.16.

Accordingly, the Court finds that the petitioner is a pauper and **GRANTS** his motion (dckt. 2). However, because the petitioner earns and receives enough funds to pay the $5.00 filing fee, he will be required to pay that fee within **twenty (20) days** from the date of this Order. The failure to do so could result in the dismissal of this case without further notice.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to the *pro se* petitioner.

DATED: September 19, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE